1164

No. 94–9128.  SUMMERS v. WELBORN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 94–9129.  POE v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–9130.  PAGE v. PUNG ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–9131.  STEPHEN v. ZULFACAR.  C. A. 9th Cir.  Certiorari denied.

No. 94–9132.  REEDOM v. MOSLEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9133.  ORR v. BORG, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 94–9137.  M. M. v. KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 94–9138.  JOHNSON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–9142.  SUDDUTH v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9143.  RODRIGUEZ v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 94–9146.  BRUNNER v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9148.  SCHORN v. MACK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–9150.  SCUDDER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–9158.  BURNETT v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9159.  COOPER v. NASH ET AL.  C. A. 8th Cir.  Certiorari denied.